ANN BRICK          (No. 65296)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, California 94111
Telephone: (415) 621-2493
Facsimile: (415) 255-8437
abrick@aclunc.org

*Attorneys for Plaintiffs* (additional counsel listed below)

WILMER CUTLER PICKERING
 HALE AND DORR LLP
Mark D. Flanagan     (No. 130303)
Elizabeth I. Rogers    (No. 226234)
1117 California Avenue
Palo Alto, CA  94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100
mark.flanagan@wilmerhale.com
elizabeth.rogers@wilmerhale.com

*Attorneys for Verizon Communications Inc.* (additional counsel listed below)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DENNIS RIORDAN; EDWARD GERARD DE BONIS; ROBERT S. GERSTEIN; ROD GORNEY; ROBERT JACOBSON; VINCENT J. MANISCALCO; CAROL SOBEL; AMERICAN CIVIL LIBERTIES UNION OF NORTHERN CALIFORNIA, a nonprofit corporation; ACLU OF SOUTHERN CALIFORNIA, a nonprofit corporation; AMERICAN CIVIL LIBERTIES UNION OF SAN DIEGO/IMPERIAL COUNTIES, a nonprofit corporation,<br><br>                    Plaintiffs,<br><br>          v.<br><br>VERIZON COMMUNICATIONS INC., a corporation; and DOES 1 through 20,<br><br>                    Defendants. | CASE NO. C 06-3574 VRW<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER RESCHEDULING HEARING DATE AND EXTENDING TIME TO RESPOND TO COMPLAINT** |

STIPULATION AND PROPOSED ORDER

1

```
 1  MARK SCHLOSBERG        (No. 209144)
    NICOLE A. OZER         (No. 228643)
 2  AMERICAN CIVIL LIBERTIES UNION
    FOUNDATION OF NORTHERN CALIFORNIA
 3  39 Drumm Street
    San Francisco, California 94111
 4  Telephone: (415) 621-2493
    Facsimile: (415) 255-8437
 5  abrick@aclunc.org
    mschlosberg@aclunc.org
 6  nozer@aclunc.org

 7  PETER ELIASBERG        (No. 189110)
    CLARE PASTORE          (No. 135933)
 8  ACLU FOUNDATION OF SOUTHERN CALIFORNIA
    1616 Beverly Boulevard
 9  Los Angeles, California 90026
    Telephone: (213) 977-9500
10  Facsimile: (213) 250-3919
    peliasberg@aclu-sc.org
11  cpastore@aclu-sc.org

12  DAVID BLAIR-LOY        (No. 229235)
    ACLU FOUNDATION OF SAN DIEGO/IMPERIAL COUNTIES
13  P.O. Box 87131
    San Diego, California 92138
14  Telephone: (619) 232-2121
    Facsimile: (619) 232-0036
15  dblairloy@aclusandiego.org

16  LAURENCE F. PULGRAM  (No. 115163)
    JENNIFER L. KELLY      (No. 193416)
17  SAINA SHAMILOV         (No. 215636)
    FENWICK & WEST LLP
18  Embarcadero Center West
    275 Battery Street
19  San Francisco, California 94111
    Telephone: (415) 875-2300
20  Facsimile: (415) 281-1350
    lpulgram@fenwick.com
21
    Attorneys for Plaintiffs
22

23  John A. Rogovin     (pro hac vice application pending)
    Samir C. Jain          (No. 181572)
24  1875 Pennsylvania Avenue, N.W.
    Washington, D.C. 20006-3642
25  Telephone: (202) 663-6000
    Facsimile: (202) 663-6363
26  john.rogovin@wilmerhale.com

27  Attorneys for Verizon Communications Inc.

28
```

2

STIPULATION AND PROPOSED ORDER

1    WHEREAS Defendant Verizon Communications Inc. ("Verizon") removed this case from
2 the Superior Court of California on June 5, 2006;
3    WHEREAS on June 15, 2006, Verizon filed a Motion for a Stay of All Proceedings Pending
4 a Ruling by the Judicial Panel on Multidistrict Litigation, which it originally noticed for a hearing on
5 July 21, 2006;
6    WHEREAS on July 5, 2006, this Court issued an Order relating this case to *Campbell et al.*
7 *v. AT&T*, 06-3596 VRW, and vacating all matters previously scheduled for hearing and requiring
8 them to be renoticed;
9    WHEREAS on July 5, 2006, Plaintiffs filed a motion to remand this case to the Superior
10 Court of California and noticed that motion for a hearing on August 17, 2006;
11    WHEREAS on July 6, 2006, Verizon renoticed its Motion for a Stay for a hearing on August
12 17, 2006;
13    WHEREAS the parties agree that it would be more efficient for the parties and the Court if
14 the hearing and briefing on Verizon's Motion for a Stay and Plaintiffs' motion to remand are
15 coordinated, and the parties have agreed on a proposed schedule;
16    WHEREAS counsel for Verizon have agreed to accept service on behalf of Verizon; and
17    WHEREAS the parties agree that Verizon should not be required to answer or otherwise
18 respond to the complaint in this case until after the Court rules on Verizon's Motion for a Stay and
19 Plaintiffs' motion to remand;
20    IT IS HEREBY STIPULATED by Plaintiffs and Verizon, through their respective attorneys
21 of record, that:
22    (a) the hearing on Verizon's Motion for a Stay and on Plaintiffs' motion to remand will be
23 held on August 17, 2006,
24    (b) briefs in opposition to Verizon's Motion for a Stay and Plaintiffs' motion to remand will
25 be due on July 20, 2006;
26    (d) reply briefs in support of Verizon's Motion for a Stay and Plaintiffs' motion to remand
27 will be due on August 3, 2006;
28

3

STIPULATION AND PROPOSED ORDER

(e) counsel for Verizon will accept service of Plaintiffs' Verified Complaint for Injunctive and Declaratory Relief on Verizon's behalf; and

(f) Verizon need not answer or otherwise respond to the Complaint filed in this case until 30 days after the Court either (1) issues a decision on Verizon's Motion for a Stay that does not stay Verizon's time for responding to the Complaint, or (2) remands this case to the Superior Court of California.

This stipulation shall not preclude Defendants from asserting any defenses, responding to the Complaint later than 30 days after the Court rules on Verizon's Motion for a Stay if otherwise permitted, or seeking a further extension of time for responding to the Complaint.

Respectfully submitted,

Dated:       July 6, 2006

WILMER CUTLER PICKERING
 HALE AND DORR LLP
Mark D. Flanagan
Elizabeth I. Rogers
John A. Rogovin
Samir C. Jain

By    /s/ Elizabeth I. Rogers
         Elizabeth I. Rogers

*Attorneys for Defendant Verizon Communications Inc.*

AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN CALIFORNIA
Ann Brick
Mark Schlosberg
Nicole A. Ozer

By   /s/ Ann Brick (with consent)
         Ann Brick

*Attorneys for Plaintiffs*

4

STIPULATION AND PROPOSED ORDER

**DECLARATION PURSUANT TO GENERAL ORDER 45, § X.B**

I, Elizabeth I. Rogers, hereby declare pursuant to General Order 45, § X.B, that I have obtained the concurrence in the filing of this document from the other signatory listed herein.

I declare under penalty of perjury that the foregoing declaration is true and correct.

Executed on June 28, 2006, at Palo Alto, California.

By    /s/ Elizabeth I. Rogers
        Elizabeth I. Rogers

**[~~PROPOSED~~] ORDER**

PURSUANT TO STIPULATION, AND GOOD CAUSE APPEARING THEREFOR, IT IS SO ORDERED.

Dated:    July 11   , 2006

_____
THE HONORABLE VAUGHN R. WALKER
United States District Chief Judge

5
STIPULATION AND PROPOSED ORDER