ANN BRICK          (CSB No. 65296)
NICOLE A. OZER     (CSB No. 228643)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Telephone:   415/621-2493
Facsimile:   415/255-8437
abrick@aclunc.org, nozer@aclunc.org

LAURENCE F. PULGRAM  (CSB No. 115163)
JENNIFER L. KELLY    (CSB No. 193416)
SAINA SHAMILOV       (CSB No. 215636)
CANDACE MOREY        (CSB No. 233081)
FENWICK & WEST LLP
275 Battery Street
San Francisco, CA 94111
Telephone:   415/875-2300
Facsimile:   415/281-1350
lpulgram@fenwick.com; jkelly@fenwick.com
sshamilov@fenwick.com; cmorey@fenwick.com

Attorneys for Plaintiffs

*Additional counsel listed on following page*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DENNIS P. RIORDAN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> VERIZON COMMUNICATIONS, INC., a corporation; and DOES 1 through 20, <br><br> Defendants. | Case No. C-06-3574 VRW <br><br> **STIPULATION AND [~~PROPOSED~~] ORDER FOR FILING OF JOINT REPLY PAPERS** <br><br> Date:   August 17, 2006 <br> Time:   2:00 p.m. <br> Dept:   6, 17th Floor <br> Judge:  The Honorable Vaughn R. Walker |
| TOM CAMPBELL, et al., <br><br> Plaintiffs, <br><br> v. <br><br> AT&T COMMUNICATIONS OF CALIFORNIA, et al. <br><br> Defendants. | Case No. C-06-3596 VRW |

STIPULATION AND [PROPOSED] ORDER
FOR FILING OF JOINT REPLY PAPERS

CASE NO. C-06-3574 VRW
CASE NO. C-06-3596 VRW

1   PETER ELIASBERG          (No. 189110)
    CLARE PASTORE            (No. 135933)
2   AMERICAN CIVIL LIBERTIES UNION
    FOUNDATION OF SOUTHERN CALIFORNIA
3   1616 Beverly Boulevard
    Los Angeles, CA 90026
4   Telephone:   213/977-9500
    Facsimile:   213/250-3919
5   peliasberg@aclu-sc.org, cpastore@aclu-sc.org

6   DAVID BLAIR-LOY          (No. 229235)
    AMERICAN CIVIL LIBERTIES UNION
7   FOUNDATION OF SAN DIEGO/IMPERIAL COUNTIES
    P.O. Box 87131
8   San Diego, CA 92138
    Telephone:   619/232-2121
9   Facsimile:   619/232-0036
    dblairloy@aclusandiego.org

1  The parties to this action, by and through their respective counsel, hereby stipulate and
2  agree that Plaintiffs Riordan *et al.* and Campbell *et al.* may file a single 25-page reply brief in
3  response to the two Oppositions to Motion For Remand filed in related cases *Riordan et al., v.*
4  *Verizon Communications, Inc.*, case no. C-06-3574 VRW and *Campbell, et al. v. AT&T*
5  *Communications of California, et al.*, case no. C-06-3596 VRW, instead of separate 15 page reply
6  briefs in each case.

7  Dated: July 25, 2006   Respectfully Submitted

8  FENWICK & WEST LLP

9  By:   /s/ Laurence F. Pulgram
10  Laurence F. Pulgram

11  *Attorneys for Plaintiff*

12  AMERICAN CIVIL LIBERTIES UNIONS
    FOUNDATION OF NORTHERN
13  CALIFORNIA
    Ann Brick
14  Mark Schlosberg
    Nicole A. Ozer
15
    AMERICAN CIVIL LIBERTIES UNION
16  FOUNDATION OF SOUTERN
    CALIFORNIA
17  Peter Eliasberg
    Clare Pastore
18
    AMERICAN CIVIL LIBERTIES UNION
19  FOUNDATION OF SAN DIEGO/IMERIAL
    COUNTIES
20  David Blair-Loy

21  FENWICK & WEST LLP
    Laurence F. Pulgram
22  Jennifer L. Kelly
    Saina Shamilov
23  Candace Morey

24

25

26

27

28

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

STIPULATION AND [PROPOSED] ORDER          2          CASE NO. C-06-3574 VRW
FOR FILING OF JOINT REPLY PAPERS                     CASE NO. C-06-3596 VRW

| | | |
|---|---|---|
| 1 | Dated: July 25, 2006 | WILMER CUTLER PICKERING HALE AND DORR LLP |
| 2 | | |
| 3 | | By:  /s/ Elizabeth I. Rogers (with consent) |
| | | Elizabeth I. Rogers |
| 4 | | *Attorneys for Defendant* |
| 5 | | *Verizon Communications Inc.* |
| 6 | | WILMER CUTLER PICKERING HALE AND DORR LLP |
| 7 | | Mark D. Flanagan |
| | | Elizabeth I. Rogers |
| 8 | | John A. Rogovin |
| | | Randolph D. Moss |
| 9 | | Samir C. Jain |
| 10 | Dated: July 25, 2006 | PILLSBURY WINTHROP SHAW PITTMAN LLP |
| 11 | | |
| 12 | | By:  /s/ Marc H. Axelbaum (with consent) |
| | | Marc H. Axelbaum |
| 13 | | *Attorneys for Defendants* |
| 14 | | *AT&T Communications of California, AT&T Corp. and Specially Appearing Defendant* |
| 15 | | *AT&T Inc.* |
| 16 | | PIILSBURY WINTHROP SHAW PITTMAN LLP |
| 17 | | Bruce A. Ericson |
| | | David L. Anderson |
| 18 | | Jacob R. Sorensen |
| | | Marc H. Axelbaum |
| 19 | | Daniel J. Richert |
| 20 | | SIDLEY AUTSIN LLP |
| | | David W. Carpenter |
| 21 | | Bradford A. Berenson |
| | | David L. Lawson |
| 22 | | Edward R. McNicholas |

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

DECLARATION PURSUANT TO GENERAL ORDER 45, § X.B

I, Laurence F. Pulgram, hereby declare pursuant to General Order 45, § X.B, that I have obtained the concurrence in the filing of this document from other signatories listed below.

I declare under penalty of perjury that the foregoing declaration is true and correct.

Executed on July 25, 2005 at San Francisco, California.

Dated: July 25, 2006

Respectfully Submitted

FENWICK & WEST LLP

By:   /s/ Laurence F. Pulgram
      Laurence F. Pulgram

*Attorneys for Plaintiff*

AMERICAN CIVIL LIBERTIES UNIONS
FOUNDATION OF NORTHERN
CALIFORNIA
Ann Brick
Mark Schlosberg
Nicole A. Ozer

AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF SOUTERN
CALIFORNIA
Peter Eliasberg
Clare Pastore

AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF SAN DIEGO/IMERIAL
COUNTIES
David Blair-Loy

FENWICK & WEST LLP
Laurence F. Pulgram
Jennifer L. Kelly
Saina Shamilov
Candace Morey

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

STIPULATION AND [PROPOSED] ORDER
FOR FILING OF JOINT REPLY PAPERS

4

CASE NO. C-06-3574 VRW
CASE NO. C-06-3596 VRW

| | | |
|---|---|---|
| 1 | Dated: July 25, 2006 | WILMER CUTLER PICKERING HALE AND DORR LLP |
| 2 | | |
| 3 | | By: /s/ Elizabeth I. Rogers (with consent) |
| | | Elizabeth I. Rogers |
| 4 | | *Attorneys for Defendant* |
| 5 | | *Verizon Communications Inc.* |
| 6 | | WILMER CUTLER PICKERING HALE AND DORR LLP |
| 7 | | Mark D. Flanagan |
| | | Elizabeth I. Rogers |
| 8 | | John A. Rogovin |
| | | Randolph D. Moss |
| 9 | | Samir C. Jain |
| 10 | Dated: July 25, 2006 | PILLSBURY WINTHROP SHAW PITTMAN LLP |
| 11 | | |
| 12 | | By: /s/ Marc H. Axelbaum (with consent) |
| | | Marc H. Axelbaum |
| 13 | | *Attorneys for Defendants* |
| 14 | | *AT&T Communications of California, AT&T Corp. and Specially Appearing Defendant* |
| 15 | | *AT&T Inc.* |
| 16 | | PIILSBURY WINTHROP SHAW PITTMAN LLP |
| 17 | | Bruce A. Ericson |
| | | David L. Anderson |
| 18 | | Jacob R. Sorensen |
| | | Marc H. Axelbaum |
| 19 | | Daniel J. Richert |
| 20 | | SIDLEY AUTSIN LLP |
| | | David W. Carpenter |
| 21 | | Bradford A. Berenson |
| | | David L. Lawson |
| 22 | | Edward R. McNicholas |

### ORDER

PURSUANT TO SIPUATION, AND GOOD CAUSE APPEARING THEREFOR, IT IS SO ORDERED.

Dated: _____8/2_____, 2006

_____
THE HONORALBE VAUGHN R. WALKER
United States District Chief Judge

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

STIPULATION AND [PROPOSED] ORDER
FOR FILING OF JOINT REPLY PAPERS

5

CASE NO. C-06-3574 VRW
CASE NO. C-06-3596 VRW