WILMER CUTLER PICKERING
 HALE AND DORR LLP
Mark D. Flanagan (SBN 130303)
Elizabeth I. Rogers (SBN 226234)
1117 California Avenue
Palo Alto, CA 94304
Telephone: (650) 858-6000
Facsimile (650) 858-6100
mark.flanagan@wilmerhale.com
elizabeth.rogers@wilmerhale.com

John A. Rogovin (*pro hac vice* application pending)
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006-3642
Telephone: (202) 663-6000
Facsimile: (202) 663-6363
john.rogovin@wilmerhale.com

*Attorneys for Verizon Communications Inc.*

RECEIVED
06 JUN -5 PM 3:00
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED
AUG 1 1 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

C 06 3574 VRW

DENNIS RIORDAN; EDWARD GERARD DE BONIS; ROBERT S. GERSTEIN; ROD GORNEY; ROBERT JACOBSON; VINCENT J. MANISCALCO; CAROL SOBEL; AMERICAN CIVIL LIBERTIES UNION OF NORTHERN CALIFORNIA, a nonprofit corporation; ACLU OF SOUTHERN CALIFORNIA, a nonprofit corporation; AMERICAN CIVIL LIBERTIES UNION OF SAN DIEGO/IMPERIAL COUNTIES, a nonprofit corporation,

      Plaintiffs,

      v.

VERIZON COMMUNICATIONS INC., a corporation; and DOES 1 through 20,

      Defendants.

CASE NO. _____

**APPLICATION FOR ADMISSION OF JOHN A. ROGOVIN *PRO HAC VICE*; [PROPOSED] ORDER**

1

APPLICATION FOR ADMISSION OF JOHN A. ROGOVIN *PRO HAC VICE*; [PROPOSED] ORDER

Pursuant to Civil L.R. 11-3, John A. Rogovin, an active member in good standing of the bar of the District of Columbia, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Verizon Communications Inc. in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

>  Mark D. Flanagan
>  Wilmer Cutler Pickering Hale and Dorr LLP
>  1117 California Avenue
>  Palo Alto, CA 94304
>  (650) 858-6000

I declare under penalty of perjury that the foregoing is true and correct.

Dated:      June 5, 2006                    /s/ John A. Rogovin

                                            John A. Rogovin

APPLICATION FOR ADMISSION OF JOHN A. ROGOVIN *PRO HAC VICE;* [PROPOSED] ORDER

**[PROPOSED] ORDER**

The Court, having reviewed the foregoing application, hereby GRANTS the Application for Admission of John A. Rogovin *Pro Hac Vice* in this action.

IT IS SO ORDERED

DATED: __8/11/2006__

_____
United States District Court Judge

# CERTIFICATE OF SERVICE

I, Rebecca McNew, certify that I caused to be served upon the following counsel a copy of the following document(s) entitled:

**APPLICATION FOR ADMISSION OF JOHN A. ROGOVIN *PRO HAC VICE*; [PROPOSED] ORDER**

___ By transmitting via facsimile the document(s) listed above to the facsimile numbers set forth below.

___ By causing the document(s) listed above to be served by hand delivery on this date on the following:

_X_ By causing the document(s) listed above to be served by overnight delivery (via Federal Express) on the following:

___ By putting a true and correct copy thereof, together with a signed copy of this declaration in a sealed envelope with postage thereon fully prepaid, in the United States mail at Palo Alto, California addressed as set forth below. I am readily familiar with the firm's practice of collecting and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Ann Brick
American Civil Liberties Union Foundation of Northern California
39 Drumm Street
San Francisco, CA 94111
(415) 621-2493

Peter Eliasberg
ACLU Foundation of Southern California
1616 Beverly Boulevard
Los Angeles, CA 90026
(213) 977-9500

David Blair-Loy
ACLU Foundation of San Diego/Imperial Counties
P.O. Box 87131
San Diego, CA 92138
(619) 232-2121

*Attorneys for Plaintiffs*

Executed June 5, 2006, at Palo Alto, California.

Rebecca McNew

CERTIFICATE OF SERVICE

1