PETER D. KEISLER
Assistant Attorney General
CARL J. NICHOLS
Deputy Assistant Attorney General
JOSEPH H. HUNT
Director, Federal Programs Branch
ANTHONY J. COPPOLINO
Special Litigation Counsel
ANDREW H. TANNENBAUM
RENÉE S. ORLEANS
ALEXANDER K. HAAS
alexander.haas@usdoj.gov
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, D.C. 20001
Phone: (202) 514-4782/(202) 307-3937
Fax:    (202) 616-8470/(202) 616-8202
*Attorneys for the United States of America*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DENNIS P. RIORDAN, *et al*. | C-06-3574-VRW |
| Plaintiffs | [PROPOSED] ORDER GRANTING MOTION TO INTERVENE BY THE UNITED STATES OF AMERICA |
| v. | |
| VERIZON COMMUNICATIONS INC. | |
| Defendant. | Date:  August 24 2006<br>Time:  2:00 p.m.<br>Courtroom:  6<br><br>Judge Vaughn R. Walker |

[PROPOSED] ORDER GRANTING MOTION TO INTERVENE BY THE UNITED STATES OF AMERICA, No. C-06-3574 (VRW)

1
2  The Court, having considered all arguments of the parties, hereby grants the Motion to
3  Intervene by the United States, pursuant to Federal Rule of Civil Procedure 24(a).  The United
4  States is allowed to intervene in this matter as a defendant.
5
6  IT IS SO ORDERED.
7
8  Dated: March 29, 2007
9  Hon. _____
   United _____
10                                    Judge Vaughn R Walker

GRANTED

[PROPOSED] ORDER GRANTING MOTION TO INTERVENE BY THE UNITED STATES OF AMERICA, No. C-06-3574 (VRW)

2