IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: | MDL Docket No C 06-1791 VRW |
| NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION | ORDER |
| This Document Relates To: | |
| 06-5066; 06-5576; 06-5267; 06-5343; 06-5341; 06-5485; 06-5064; 06-3574; 06-4221 | |

In view of the parties' agreement as set forth in the joint notice at docket number 372, the clerk is directed to terminate the motion to dismiss for lack of personal jurisdiction at docket number 268 without prejudice to renewal upon request of the moving parties.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge