IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: | MDL Docket No 06-1791 VRW |
| NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION | ORDER |
| This order pertains to: all actions against the MCI and Verizon defendants in the Master MCI and Verizon Consolidated Complaint (Doc #125); 06-6570; 06-6313; 06-3574; 07-1115 / | |

In light of the recent action by the Court of Appeals withdrawing submission of the interlocutory appeal in <u>Hepting v AT&T</u>, 06-0672, the clerk is directed to terminate the submitted motions at docket numbers 253, 270, 273, 295 and 347 of the master docket. At the next case management conference herein, the moving parties may petition the court to reopen these motions if the circumstances so warrant.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge